IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENDYL M. SCHMIDT, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )    Case No. 10-CV-0665-MJR-CJP |
| | ) |
| S. MARTIN JANSKY; MARTIN JANSKY LAW FIRM, P.C.; and ROSSITER & JANSKY, LLC, | ) |
| | ) |
|        Defendants. | ) |

### ORDER

**REAGAN, District Judge:**

The Defendants removed this legal malpractice case from the Madison County Circuit Court on August 30, 2010, purportedly through the Court's jurisdiction over civil actions between citizens of different states. 28 U.S.C. § 1332 (2006). The notice of removal, though, only presents the following jurisdictional allegations for Defendant Rossiter & Jansky, LLC: that it is a limited liability company organized under the laws of Missouri and that it has a principal place of business in Missouri. These allegations are irrelevant for determining the presence of diversity jurisdiction over a suit involving a limited liability company. *See Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009) ("[F]or diversity jurisdiction purposes, the citizenship of a limited liability company is the citizenship of each of its members. The notice of removal therefore gave two pieces of irrelevant information about Aurora (the state of its principal place of business and that it was a Delaware company) while failing to provide the information critical to determining its citizenship: the citizenship of its members." (citations omitted)); *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007) ("An LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members.").

Because complete diversity has not been established on the face of the Notice of Removal, the Court **DIRECTS** the Defendants to amend their notice of removal to allege the citizenship of every member of Rossiter & Jansky, LLC. The Defendants must correct these defects by **Tuesday, September 14, 2010** or the case will be **remanded for lack of subject-matter jurisdiction**.

IT IS SO ORDERED.

DATED September 1, 2010.

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**